UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

vs.                                                              CASE NO: 2:11-cr-37-FtM-36SPC

FRANCESCO E. MILETO,

and

IBERIABANK,

      Garnishee

## ORDER

This matter comes before the Court on Defendant's Objection to Writ of Garnishment (Doc. #53) filed on April 18, 2013. Even though the Defendant did not formally request a hearing in his Objection, as directed by 28 U.S.C. 3205(c)(5), the Court will construe such objections in a light most favorable to the Defendant and will hold a hearing in this matter regarding Defendant's objections to the writ of garnishment served on IberiaBank. Defendant is informed that pursuant to 28 U.S.C. 3205(c)(5) he bears the burden of proving such grounds as stated in his Objections.

Accordingly, it is now

**ORDERED:**

(1) The Court will hold a hearing in this matter regarding the objections raised in Defendant's objection. The hearing will be held on **May 20, 2013 at 1:30 p.m.** at the United States Courthouse and Federal Building, Courtroom 5D, 2110 First Street, Fort Myers, Florida 33901.

(2) Defendant is allowed to bring any documents he needs for the hearing with him.

(3) Defendant, Counsel for the Defendant, and the Government shall appear in person. As Defendant is currently incarcerated at the Federal Correctional Institution in Miami, Florida, the Court will issue a writ under separate cover to have him transported for purposes of the hearing.

(4) Given the quick turnaround for this hearing, the Court will direct the prison facility to **hand deliver** this Order to the Defendant.

**DONE AND ORDERED** at Fort Myers, Florida, this 10th day of May, 2013.

SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies:
Counsel of Record
Defendant (via mail and hand delivery)
Presiding District Court Judge
U.S. Marshal
Marc Lawrence, Assistant Manager Booking, Federal Correctional Institution, Miami, Florida